UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | 1:10-cr-00221-JMS-KPF-1 |
| | ) | 1:11-cr-00140-JMS-KPF-1 |
| LORENZO LIPSCOMB, | ) | |
| *Defendant*. | ) | |
| | ) | |

## **ORDER**

Presently pending before the Court is Defendant Lorenzo Lipscomb's *pro se* Motion to Amend Schedule of Payment of Fine/Restitution. [Dkt. 74.] Mr. Lipscomb is unhappy with the payment schedule established by the Bureau of Prisons for the payment of the restitution ordered by the Court as part of his sentence, and is asking this Court to alter it. The Government has responded directing the Court to relevant Seventh Circuit authority that precludes the relief Mr. Lipscomb requests here. *U.S. v. Sawyer,* 521 F.3d 792 (7th Cir. 2008.)

First, Mr. Lipscomb has neither asserted nor demonstrated that he has exhausted his administrative remedies within the Bureau of Prisons concerning his restitution payment schedule. He is therefore not seeking relief under the under the Administrative Procedure Act. 5 U.S.C. §702. *See, id.* at 794.

Second, *Sawyer* held that the BOP has the authority to determine whether inmates make any money during their captivity, and, if they do, how much must be paid to creditors. *Id. Sawyer* directs that the Court should not set a schedule of payments that begins before the defendant's release from prison. *Id.* at 796.

Mr. Lipscomb's motion is therefore **DENIED.**

09/04/2012

*Jane Magnus-Stinson*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

<u>Copies via ECF only:</u>

William Marsh
INDIANA FEDERAL COMMUNITY DEFENDERS
Bill.marsh@fd.org

Joe Howard Vaughn
UNITED STATES ATTORNEY'S OFFICE
joe.vaughn@usdoj.gov

U.S. Marshal

U.S. Probation